UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

                        Plaintiff,

        v.

CHIEF BAIRD, *et al.*,

                        Defendants.

Case No. C12-2055-TSZ-BAT

**REPORT AND RECOMMENDATION**

        Plaintiff filed a "MOTION TO FORBID SNOHOMISH COUNTY JAIL FROM LISTENING, RECORDING, COPYING PRIVILEGED LEGAL MATERIALS, RETURN ALL ITS DATA IT DELETED FROM FLASHDRIVE AND TO APPOINT COUNSEL."  Dkt. 76. The Court recommends **DENYING** plaintiff's unsubstantiated motion for injunctive relief and for appointment of counsel for the reasons set forth by defendants.  Dkts. 78, 79.  Plaintiff has failed to demonstrate how his constitutional rights have been compromised such that the Court should take the extraordinary step of managing the jail's daily operations.  Moreover, it is clear that plaintiff has not exhausted available administrative remedies regarding his current claims for injunctive relief.  Plaintiff has not shown that the circumstances or the interests of justice would be served by appointment of counsel.

        Any objections to this Recommendation must be filed and served upon all parties no later

REPORT AND RECOMMENDATION - 1

than **June 12, 2013.**  The Clerk should note the matter for **June 14, 2013**, as ready for the

District Judge's consideration if no objection is filed.  If objections are filed, any response is due

within 14 days after being served with the objections.  A party filing an objection must note the

matter for the Court's consideration 14 days from the date the objection is filed and served.  The

matter will then be ready for the Court's consideration on the date the response is due.

Objections and responses shall not exceed three pages.  The failure to timely object may affect

the right to appeal.

DATED this 29th day of May, 2013.


BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2