UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

                Plaintiff,

    v.

CHIEF BAIRD, et al.,

                Defendants.

Case No. C12-2055-TSZ-BAT

**ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF AND FOR APPOINTMENT OF COUNSEL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 82, to which no objection was filed, does hereby find and **ORDER**:

(1)      The Court adopts the Report and Recommendation.

(2)      For the reasons stated in defendants' response, docket no. 78, plaintiff's motion to forbid Snohomish County Jail from listening, recording, or copying privileged legal materials, to return all data deleted from flashdrive, and to appoint counsel, docket no. 76, is **DENIED**.

(3)      The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 26th day of August, 2013.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE
RELIEF AND FOR APPOINTMENT OF COUNSEL - 1