UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUHAMMED TILLISY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHIEF BAIRD, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C12-2055-TSZ-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL SNOHOMISH COUNTY JAIL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 100, to which no objection was filed, does hereby find and **ORDER**:

1.　The Report and Recommendation is **ADOPTED**;

2.　For the reasons stated in defendants' response, docket no. 93, plaintiff's motion to compel Snohomish County Jail to correct its "vindictive behavior," docket no. 86, is **DENIED;**

3.　The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 26th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
SNOHOMISH COUNTY JAIL - 1