UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUHAMMED TILLISY,

                Plaintiff,

v.

CHIEF BAIRD, *et al.*,

                Defendants.

Case No. C12-2055-TSZ

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 116, to which no objection was timely filed, does hereby find and **ORDER**:

(1) The Report and Recommendation is **ADOPTED** in part and **MODIFIED** in part;

(2) Defendants' motions for summary judgment (docket nos. 48 and 89) are **GRANTED**;

(3) Plaintiff's pending motions (docket nos. 55, 97, and 99) are **STRICKEN** as moot; the Court makes no ruling concerning the merits of these motions; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 16th day of January, 2014.

*[signature]*

THOMAS S. ZILLY
United States District Judge

ORDER GRANTING SUMMARY JUDGMENT IN
FAVOR OF DEFENDANTS - 1